UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHAEL CURRIER,**

    Plaintiff,

v.      Case No. 04-73963-DT
    Hon. Bernard A. Friedman

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Virginia M. Morgan's Report and Recommendation dated April 15, 2005.  No objections were filed.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Virginia M. Morgan's Report and Recommendation dated April 15, 2005, is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendant Commissioner's motion for summary judgment is granted;

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

   May 31, 2005                            s/Bernard A. Friedman
    Detroit, Michigan                    BERNARD A. FRIEDMAN
                                                    CHIEF JUDGE

**I hereby certify that a copy of the foregoing document**
**was served this date upon counsel of record**
**electronically and/or via first-class mail.**

     **/s/ Patricia Foster Hommel**
        **Patricia Foster Hommel**
    **Secretary to Chief Judge Friedman**